IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: SIDNEY & STEPHANIE C. WILLIAMS  ) | |
| ) | |
| SELECT PORTFOLIO SERVICING, INC.,      ) | |
|         Creditor,                      ) | |
| ) | |
|    vs.                                 ) | CASE NO. 04B32956 |
| ) | JUDGE JACQUELINE P. COX |
| SIDNEY & STEPHANIE C. WILLIAMS,        ) | |
|         Debtor                         ) | |

**RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes Select Portfolio Servicing, Inc., by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage Cure, stating as follows:

1. The Debtor is due for the January 1, 2007 contractual payment and all those thereafter.

2. The following is an itemization of the amount due on the loan as of April 5, 2007.

   | | | |
   |---|---|---|
   | a. | Attorney's Fees | $250.00 |
   | b. | Late Charges | $545.39 |
   | | Total | $795.39 |

The Debtors' Plan sets the arrears at $2,316.00.  The actual pre-petition arrears at the time of filing was $3,871.12. The Debtors are currently in a repay default order and the status shows the debtors are due for January 1, 2007.

If no challenge to foregoing is made by motion filed with the court and served on the undersigned an the trustee within thirty days of this notice, Select Portfolio Servicing, Inc. rights to collect these amounts will remain unaffected.

    Respectfully Submitted,
Select Portfolio Servicing, Inc.

/s/Christopher M. Brown
Christopher M. Brown
ARDC#6271138

Pierce and Associates, P.C.
1 North Dearborn Street, Ste. 1300
Chicago, Illinois 60602
(312)346-9088